UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL MORGAN, | ) | CASE NO.: |
| | ) | |
| Plaintiff, | ) | JUDGE: |
| | ) | |
| vs. | ) | **NOTICE OF REMOVAL** |
| | ) | |
| LINDA BLANCHETTE, et al., | ) | |
| | ) | |
| Defendants | ) | |

TO THE JUDGES UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO, EASTERN DIVISION:

1.      On August 25, 2016, Plaintiff Michael Morgan commenced an action in the Lorain County Court of Common Pleas, Ohio, bearing Case No. 16CV190338 entitled "Michael Morgan v. Linda Blanchette, et al.," praying judgment against Defendants.  Said action is predicated on alleged violations of Plaintiff's statutory rights to certain grants administering HUD funds and is brought pursuant to 42 U.S.C. § 1983.  Said action is wholly of a civil nature of which this Court has original jurisdiction under the provisions of Title 28, United States Code, Sections 1343(a)(3) and/or 1331, and is one which may be removed to this Court pursuant to the provisions of Title 28 United States Code Section 1441(a) and (b), as being a civil action involving a claim or claims over which this Court has original jurisdiction and involving a claim or right arising under the Constitution, treaties or laws of the United States, all of which more fully appears in the Plaintiff's Complaint, a copy of which is attached hereto and incorporated herein by reference.

2.      Said action also contains certain pendent state law claims over which this Court has jurisdiction under the provisions of 28 United States Code Section 1367.

3. A copy of the Summons and Complaint in the case aforesaid was served upon Defendants, Linda Blanchette and Lorain County, on August 30, 2016 under and by virtue of Rule 4.3 of the Ohio Rules of Civil Procedure.

4. Defendants attach hereto, and file herewith, a copy of the Summons and Complaint served as aforesaid, as well as copies of all other process, pleadings and orders served upon them.

5. All Defendants who have been served join in this Notice of Removal.

WHEREFORE, Defendants pray that the case presently pending in the Lorain County Court of Common Pleas against them be removed to this Court and proceed herein according to law.

Respectfully submitted,

MAZANEC, RASKIN & RYDER CO., L.P.A.

*s/John T. McLandrich*
JOHN T. MCLANDRICH  (0021494)
ALIX M. NOUREDDINE  (0092484)
100 Franklin's Row
34305 Solon Road
Cleveland, OH  44139
(440) 248-7906
(440) 248-8861 – Fax
Email: jmclandrich@mrrlaw.com
        anoureddine@mrrlaw.com

Counsel for Defendants Linda Blanchette and Lorain County

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2016, a copy of the foregoing Notice of Removal was filed electronically.  Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

> *s/John T. McLandrich*
> JOHN T. MCLANDRICH  (0021494)
> ALIX M. NOUREDDINE  (0092484)
>
> Counsel for Defendants Linda Blanchette and
> Lorain County

CORSA-160267/Notice of Removal

3